IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COMMUNITY MARITIME PARK
ASSOCIATES, INC.,**

    **Plaintiff,**

**v.**                                               Case No. 3:11cv60/MCR/CJK

**MARITIME PARK DEVELOPMENT
PARTNERS, LLC,**

    **Defendant.**
_____/

## ORDER

Pursuant to the Plaintiff's response, stipulating to the requested relief (doc. 320), Defendant's Motion for Limited Relief from Rule 615 Sequestering or Exclusion of a Witness (doc. 317) is GRANTED.

**DONE and ORDERED** this 22nd day of January, 2013.

                                             *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             CHIEF  UNITED  STATES  DISTRICT  JUDGE**