UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COMMUNITY MARITIME PARK
ASSOCIATES, INC.,

    Plaintiff,

vs.                                     CASE NO.: 3:11cv00060

MARITIME PARK DEVELOPMENT
PARTNERS, LLC,

    Defendant,

and

MAGI CONSTRUCTION LLC,

    Garnishee.

_____/

## SATISFACTION OF FINAL JUDGMENT OF GARNISHMENT

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned, being and representing hereby that he is the attorney for and authorized agent of COMMUNITY MARITIME PARK ASSOCIATES, INC., the owner of the Final Judgment of Garnishment described herein, does hereby acknowledge full and complete satisfaction of that certain <u>Final Judgment of Garnishment</u> [Doc 404] entered on the 29th day of April, 2014 in the above-styled action. The Clerk of United States District Court, Northern District of Florida is hereby authorized and directed to note the full and complete satisfaction and cancellation of said Final Judgment of Garnishment of record.

DATED this 22nd day of July, 2014.

                                                COMMUNITY MARITIME PARK
                                                ASSOCIATES, INC.

                                    By: 
                                                Edward P. Fleming
                                                its:  Attorney and authorized agent

State of Florida
County of Escambia

The foregoing instrument was sworn to and subscribed before me this 22nd day of July, 2014, by EDWARD P. FLEMING, the Attorney and Authorized Agent of COMMUNITY MARITIME PARK ASSOCIATES, INC. Edward P. Fleming is personally known to me.

                                                            Notary Public, State of Florida
[Notary seal: TANYA ANDRUCZK VAUGHN, MY COMMISSION # FF 001182, EXPIRES: March 30, 2017, Bonded Thru Notary Public Underwriters]
                                                           Print Name: Tanya Andruczk Vaughn
                                                           Commission Number:  FF 001182
                                                           My Commission Expires: 03/30/2017